United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 30, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 05-10065

---

UNITED STATES OF AMERICA

                                                  Plaintiff-Appellee

    v.

HUMBERTO FIDEL REGALADO CUELLAR

                                                  Defendants-Appellants

- - - - -

Appeal from the United States District Court for the
Northern District of Texas

- - - - -

ON PETITION FOR REHEARING EN BANC

(Opinion February 22, 2006, 5 Cir., 2006, _____F.3d____)

June 30, 2006

BEFORE:  JONES, Chief Judge, KING, JOLLY, HIGGINBOTHAM, DAVIS,
         SMITH, WIENER, BARKSDALE, GARZA, DeMOSS, BENAVIDES,
         STEWART, DENNIS, CLEMENT, PRADO and OWEN, Circuit
         Judges.

BY THE COURT:

        A member of the Court in active service having requested
a poll on the petition for rehearing en banc and a majority of
the judges in active service having voted in favor of granting a
rehearing en banc,

        IT IS ORDERED that this cause shall be reheard by the
court en banc with oral argument on a date hereafter to be fixed.
The Clerk will specify a briefing schedule for the filing of
supplemental briefs.